

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-21-00241-CV

Lucia **SALDIVAR**, Individually and as Representative of the Estate of Mark Anthony Saldivar,
Appellant

v.

Joshua F. **WHITE**, Individually and d/b/a 88 Classic Records, and 88 Classic LLC,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11437
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court